UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN ANDREWS,

    Petitioner,

Case No. 07-14917

HONORABLE AVERN COHN

v.

SUSAN DAVIS,

    Respondent.
_____/

## **JUDGMENT**

For the reasons stated in the Memorandum and Order entered and filed on this date, Petitioner's Petition for Writ of Habeas Corpus is DENIED. Judgment is entered in favor of respondent and against petitioner and the case is DISMISSED.

                DAVID WEAVER

Dated: October 20, 2010    By: <u>s/Julie Owens</u>
              Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to James Varner, #141024, Ionia Maxium Correctional Facility, 1576 W. Bluewater Highway, Ionia, MI 48846 and the attorneys of record on this date, October 20, 2010, by electronic and/or ordinary mail.

                <u>S/Julie Owens</u>
                Case Manager, (313) 234-5160